# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LEE BATES | Case No.: 2:23-cv-02056-AC |
|     Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security | |
|     Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 26, 2024, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the October 20, 2023 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE: January 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-